

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 19–31734
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
    Ricky Malcolm Barnes
      aka Rick M. Barnes, aka Ricky Barnes, aka Ricky
      M. Barnes
    18920 Peninsula Point Drive
    Cornelius, NC 28031
    Social Security No.: xxx–xx–0219

---

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above–referenced debtor(s) did not include the following items:

    Form 106 – Individual Summary of Schedules
    Schedule A/B – List Property post 12–1
    Schedule C – Property Claimed Exempt
    Schedule G – Executory Contracts
    Schedule H – Co–Debtors
    Schedule I – Income
    Schedule J – Expenditures
    Declaration Concerning Schedules
    Statement of Financial Affairs
    Form 8 (Statement of Intention)
    Fee Disclosure Statement
    Chapter 7 Statement of Income and Means Test
    Certification of Credit Counseling

**FURTHER NOTICE IS GIVEN** that if the above–referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court.

Dated: December 23, 2019                                                                   Steven T. Salata
                                                                                                                          Clerk of Court

Electronically filed and signed (12/23/19)